

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 5 OF COLLIN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 9th day of March, 2018, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| FRISCO SQUARE DEVELOPERS, LLC, Appellant | On Appeal from the County Court at Law No. 5, Collin County, Texas Trial Court Cause No. 005-02130-2016 |
| No. 05-17-00205-CV      V. | Opinion delivered by Justice Evans, Justices Whitehill and Schenck |
| KPITCH ENTERPRISES, LLC, Appellee | participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, we **VACATE** the judgment of the trial court and **DISMISS** the case, including all claims and counterclaims in the trial court and this appeal.

Based on the parties' agreement, we **ORDER** that each party bear its own costs and fees in the trial courts and in this Court. As requested by the parties, we **ORDER** the Justice Court, Precinct 4, of Collin County to release to Frisco Square Developers, LLC the civil cash bond filed by Frisco Square Developers, LLC. It is further **ORDERED** that the obligations of appellant Frisco Square Developers, LLC, as principal, and Encore Commercial, LLC, as surety, on appellant's supersedeas bond are **RELEASED.** As requested by the parties, we **ORDER** the County Clerk of Collin County to release the supersedeas bond by check made payable to Frisco Square Developers, LLC in the amount of all funds plus accrued interest and to waive the thirty-day waiting period. It is **SO ORDERED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 21st day of May, 2018.

_____
LISA MATZ, Clerk